Affirm, Inc.
Attn: Bankruptcy Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

Afterpay US Services, LLC
760 Market St Fl 2 Unit 2.03
San Francisco, CA 94102-2402

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Card Services
Attn: Bankruptcy P.O. 15298
Wilmington, DE 19850

City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Comenity Capital Bank
Attn: Bankruptcy
12921 S Vista Station Blvd
Draper, UT 84020-2376

Credit Acceptance
25505 West 12 Mile Road Ste 3000
Southfield, MI 48034

Enhanced Recovery Company
Attn: Bankruptcy 8014 Bayberry Road
Jacksonville, FL 32256


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Kia Motors Finance
Attn: Bankruptcy
PO Box 20825
Fountain Valley, CA 92728


Klarna Inc.
629 N. High St. Suite 300
Columbus, OH 43215


Klarna Inc.
629 N High St Fl 300
Columbus, OH 43215-2929


Midland Funding
Attn: Bankruptcy
350 Camino De La Reina Ste 100
San Diego, CA 92108-3007


Midland Mortgage
999 Nw Grand Blvd
Oklahoma City, OK 73118-6051


Navient
Attn: Bankruptcy
PO Box 9500
Wilkes Barre, PA 18773

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Philadelphia Gas Works
800 W Montgomery Ave
Philadelphia, PA 19122-2806

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009


USCB Corporation
761 Scranton Carbondale Hwy # 6
Eynon, PA 18403-1021