# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                           :         CHAPTER 13

Chinelle Monique Ballard

    DEBTOR                                         :         BKY. NO:   23- 13491-mdc

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, Esquire, attorney for Debtor, do hereby certify that all creditors, trustee, and any interested parties were served by Electronic Means and/or First-Class Mail, a copy of the Chapter 13 Plan.

                                              Respectfully Submitted,

Date:   12/6/2023                          /s/Michael A. Cibik
                                           MICHAEL A. CIBIK, ESQUIRE
                                           CIBIK LAW, P.C.
                                           1500 WALNUT STREET, STE. 900
                                           PHILADELPHIA, PA   19102
                                           (215) 735-1060