Certificate Number: 17572-PAE-DE-038017370

Bankruptcy Case Number: 23-13491



17572-PAE-DE-038017370

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 13, 2023</u>, at <u>8:23</u> o'clock <u>AM PST</u>, <u>Chinelle M Ballard</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 13, 2023</u>          By:  <u>/s/Judy Alexander</u>

Name:  <u>Judy Alexander</u>

Title:  <u>Counselor</u>