**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Chinelle Monique Ballard                         CHAPTER 13
                    Debtor(s)

                                                        BKY. NO. 23-13491 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ Mark A. Cronin
                                        Mark Cronin
                                        20 Dec 2023, 11:01:25, EST

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322

Document ID: 9c13efe7a98ea312c4e455fbf319be40ac3e0d1f668dd7e81f73054b1486769d