# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Chinelle Monique Ballard**<br>　　　　　　　　　　**Debtor**<br><br>**MIDFIRST BANK**<br>　　　　　　　　　　**Movant**<br><br>　　　　**vs.**<br><br>**Chinelle Monique Ballard**<br>　　　　　　　　　　**Respondents**<br><br>**Kenneth E. West**<br>　　　　　　　　　　**Trustee** | **CHAPTER 13**<br><br><br>**NO.** 23-13491 MDC |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by MIDFIRST BANK, it is **Ordered** and **Decreed** that confirmation is **denied**.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge