# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Chinelle Monique Ballard**<br>                          **Debtor** | CHAPTER 13<br>BK. NO. 23-13491 MDC |
| **MIDFIRST BANK**<br>                          **Movant**<br>          **vs.** | |
| **Chinelle Monique Ballard**<br>                          **Respondents** | |

## <u>CERTIFICATION OF SERVICE</u>

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first

class mail, postage pre-paid, upon the parties listed below on **January 10, 2024**.

**<u>Chapter 13 Trustee</u>**
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**<u>Attorney for Debtor</u>**
Michael A. Cibik2 Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

**<u>Debtor</u>**
Chinelle Monique Ballard
6414 Callowhill St (VIA U.S. MAIL)
Philadelphia, PA 19151


Date: January 10, 2024

By: **<u>/s/Denise Carlon</u>**
        Denise Carlon, Esquire
        KML Law Group, P.C.
        The Lits Building
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        215-627-1322
        Attorney for Movant/Applicant