| CO. YSD | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| | 108176 | 000410 | | 0000380075 | 1 |

# Earnings Statement 

AMERIBEST HOME CARE
990 SPRING GARDEN ST SUITE 201
PHILADELPHIA PA 19123

Period Beginning: 09/03/2023
Period Ending: 09/16/2023
Pay Date: 09/22/2023

Filing Status: Head of household
Exemptions/Allowances:
　Federal: Standard Withholding Table

CHINELLE M BALLARD
6414 CALLOWHILL STREET
PHILADELPHIA PA 19151

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.5000 | 72.00 | 972.00 | 6,378.76 |
| Overtime | 20.2500 | .25 | 5.06 | 1,316.25 |
| HOLIDAY | 20.2500 | 8.00 | 162.00 | 324.00 |
| SignON BoNUS | | | | 500.00 |
| TRAINING | | | | 50.00 |
| **Gross Pay** | | | **$1,139.06** | 8,569.01 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | 13.44 | |
| Totl Hrs Worked | 72.25 | |

**Important Notes**
COMPANY PH#:+1 215 925 3313 103

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -33.91 | 379.75 |
| | Social Security Tax | -70.62 | 531.28 |
| | Medicare Tax | -16.52 | 124.25 |
| | PA State Income Tax | -34.97 | 263.07 |
| | Philadelphia Income Tax | -42.71 | 321.41 |
| | PA SUI Tax | -0.80 | 6.00 |
| **Net Pay** | | **$939.53** | |
| Direct Deposit | | -939.53 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,139.06

© 2000 ADP, Inc.

---

AMERIBEST HOME CARE
990 SPRING GARDEN ST SUITE 201
PHILADELPHIA PA 19123

Advice number: 00000380075
Pay date: 09/22/2023

Deposited to the account of
CHINELLE M BALLARD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx5304 | xxxx xxxx | $939.53 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. YSD | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| | 108176 | 000410 | | 0000400074 | 1 |

# Earnings Statement 

AMERIBEST HOME CARE
990 SPRING GARDEN ST SUITE 201
PHILADELPHIA PA 19123

Period Beginning: 09/17/2023
Period Ending: 09/30/2023
Pay Date: 10/06/2023

CHINELLE M BALLARD
6414 CALLOWHILL STREET
PHILADELPHIA PA 19151

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.5000 | 76.75 | 1,036.13 | 7,414.89 |
| Overtime | 20.2500 | 32.00 | 648.00 | 1,964.25 |
| Training Pay | 10.0000 | 2.75 | 27.50 | |
| HOLIDAY | | | | 324.00 |
| SignON BoNUS | | | | 500.00 |
| TRAINING | | | | 50.00 |
| **Gross Pay** | | | **$1,711.63** | 10,280.64 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | 16.16 | |
| Totl Hrs Worked | 108.75 | |

**Important Notes**
COMPANY PH#:+1 215 925 3313 103

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.31 | 477.06 |
| | Social Security Tax | -106.12 | 637.40 |
| | Medicare Tax | -24.82 | 149.07 |
| | PA State Income Tax | -52.55 | 315.62 |
| | Philadelphia Income Tax | -64.19 | 385.60 |
| | PA SUI Tax | -1.20 | 7.20 |
| **Net Pay** | | **$1,365.44** | |
| Direct Deposit | | -1,365.44 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
$1,711.63

© 2000 ADP, Inc.

---

AMERIBEST HOME CARE
990 SPRING GARDEN ST SUITE 201
PHILADELPHIA PA 19123

Advice number: 00000400074
Pay date: 10/06/2023

Deposited to the account of
CHINELLE M BALLARD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx5304 | xxxx xxxx | $1,365.44 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR No. |
|---|---|---|---|---|
| YSD | 108176 | 000410 | | 0000420071  1 |

# Earnings Statement 

AMERIBEST  HOME  CARE  
990 SPRING  GARDEN  ST SUITE  201  
PHILADELPHIA    PA  19123

Period Beginning:   10/01/2023  
Period Ending:      10/14/2023  
Pay Date:           10/20/2023

Filing Status: Head of household  
Exemptions/Allowances:  
  Federal: Standard Withholding Table

CHINELLE  M  BALLARD  
6414  CALLOWHILL  STREET  
PHILADELPHIA  PA  19151

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.5000 | 79.50 | 1,073.25 | 8,488.14 |
| Overtime | | | | 1,964.25 |
| HOLIDAY | | | | 324.00 |
| SignON BoNUS | | | | 500.00 |
| TRAINING | | | | 50.00 |
| **Gross Pay** | | | **$1,073.25** | 11,353.89 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -27.33 | 504.39 |
| | Social Security Tax | -66.54 | 703.94 |
| | Medicare Tax | -15.56 | 164.63 |
| | PA State Income Tax | -32.95 | 348.57 |
| | Philadelphia Income Tax | -40.25 | 425.85 |
| | PA SUI Tax | -0.75 | 7.95 |
| **Net Pay** | | **$889.87** | |
| Direct Deposit | | -889.87 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | 18.14 | |
| Totl Hrs Worked | 79.50 | |

**Important Notes**  
COMPANY  PH#:+1  215 925 3313 103

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,073.25

© 2000 ADP, Inc.

---

AMERIBEST  HOME  CARE  
990 SPRING  GARDEN  ST SUITE  201  
PHILADELPHIA  PA  19123

Advice number:  00000420071  
Pay date:       10/20/2023

Deposited to the account of  
CHINELLE  M BALLARD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx5304 | xxxx xxxx | $889.87 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**