# Earnings Statement

**ADP**

AMERIBEST HOME CARE
990 SPRING GARDEN ST SUITE 201
PHILADELPHIA PA 19123

Period Beginning: 10/15/2023
Period Ending: 10/28/2023
Pay Date: 11/03/2023

Filing Status: Head of household
Exemptions/Allowances:
 Federal: Standard Withholding Table

CHINELLE M BALLARD
6414 CALLOWHILL STREET
PHILADELPHIA PA 19151

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.5000 | 79.25 | 1,069.88 | 9,558.02 |
| Overtime | 20.2500 | 6.25 | 126.56 | 2,090.81 |
| HOLIDAY | | | | 324.00 |
| SignON BoNUS | | | | 500.00 |
| TRAINING | | | | 50.00 |
| **Gross Pay** | | | **$1,196.44** | 12,550.33 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -39.64 | 544.03 |
| | Social Security Tax | -74.18 | 778.12 |
| | Medicare Tax | -17.35 | 181.98 |
| | PA State Income Tax | -36.73 | 385.30 |
| | Philadelphia Income Tax | -44.87 | 470.72 |
| | PA SUI Tax | -0.84 | 8.79 |

**Net Pay**  **$982.83**
Direct Deposit   -982.83
**Net Check**  **$0.00**

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | 20.28 | |
| Totl Hrs Worked | 85.50 | |

**Important Notes**
COMPANY PH#:+1 215 925 3313 103

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,196.44

© 2000 ADP, Inc.

---

AMERIBEST HOME CARE
990 SPRING GARDEN ST SUITE 201
PHILADELPHIA PA 19123

**Advice number:** 00000440070
**Pay date:** 11/03/2023



**Deposited to the account of** | account number | transit ABA | amount
**CHINELLE M BALLARD** | xxxxxxxxxxxx5304 | xxxx xxxx | $982.83

**NON-NEGOTIABLE**

YSD 108176 000410 0000460067 1

# Earnings Statement

**ADP**

AMERIBEST HOME CARE
990 SPRING GARDEN ST SUITE 201
PHILADELPHIA PA 19123

Period Beginning: 10/29/2023
Period Ending: 11/11/2023
Pay Date: 11/17/2023

Filing Status: Head of household
Exemptions/Allowances:
 Federal: Standard Withholding Table

CHINELLE M BALLARD
6414 CALLOWHILL STREET
PHILADELPHIA PA 19151

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.5000 | 80.00 | 1,080.00 | 10,638.02 |
| Overtime | 20.2500 | 69.50 | 1,407.38 | 3,498.19 |
| HOLIDAY | | | | 324.00 |
| SignON BoNUS | | | | 500.00 |
| TRAINING | | | | 50.00 |
| **Gross Pay** | | | **$2,487.38** | 15,037.71 |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Pto Balance | 24.02 | |
| Totl Hrs Worked | 149.50 | |

**Important Notes**
COMPANY PH#:+1 215 925 3313 103

BASIS OF PAY: HOURLY

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -190.40 | 734.43 |
| | Social Security Tax | -154.22 | 932.34 |
| | Medicare Tax | -36.07 | 218.05 |
| | PA State Income Tax | -76.36 | 461.66 |
| | Philadelphia Income Tax | -93.28 | 564.00 |
| | PA SUI Tax | -1.74 | 10.53 |
| | **Net Pay** | **$1,935.31** | |
| | Direct Deposit | -1,935.31 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,487.38

© 2000 ADP, Inc.

AMERIBEST HOME CARE
990 SPRING GARDEN ST SUITE 201
PHILADELPHIA PA 19123

**Advice number:** 00000460067
**Pay date:** 11/17/2023



**Deposited to the account of**
**CHINELLE M BALLARD**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx5304 | xxxx xxxx | $1,935.31 |

**NON-NEGOTIABLE**