# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Chinelle Monique Ballard<br>                    Debtor<br><br>MIDFIRST BANK, its successors and/or assignees<br>                    Movant<br>          vs.<br><br>Chinelle Monique Ballard<br>                    Debtor<br><br>Kenneth E. West<br>                    Trustee | CHAPTER 13<br><br><br><br><br>NO. 23-13491 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about January 10, 2024.

Dated: February 12, 2024

                                        Respectfully submitted,


                                        /s/Mark A. Cronin
                                        Mark A. Cronin, Esq.
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215) 627-1322
                                        mcronin@kmllawgroup.com