United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-13491-mdc
Chinelle Monique Ballard                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                User: admin                                     Page 1 of 3
Date Rcvd: Mar 01, 2024                      Form ID: 155                                    Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Chinelle Monique Ballard, 6414 Callowhill St, Philadelphia, PA 19151-4009 |
| 14840526 | + | Midfirst Bank, c/o Mark A. Cronin, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14833386 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14833387 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14833389 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14833372 | + | Email/Text: backoffice@affirm.com | Mar 02 2024 01:34:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14835045 | ^ | MEBN | Mar 02 2024 01:06:28 | Afterpay US Services, LLC, 760 Market St Fl 2 Unit 2.03, San Francisco, CA 94102-2402 |
| 14833375 | | Email/Text: megan.harper@phila.gov | Mar 02 2024 01:33:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14833373 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2024 02:19:17 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14833376 | | Email/Text: bankruptcy@philapark.org | Mar 02 2024 01:34:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14833377 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2024 01:33:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 14833378 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 02 2024 01:32:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14833379 | + | Email/Text: bknotice@ercbpo.com | Mar 02 2024 01:33:00 | Enhanced Recovery Company, Attn: Bankruptcy 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14841163 | ^ | MEBN | Mar 02 2024 01:06:05 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 14833380 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2024 01:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14846183 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 02 2024 01:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14833374 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 02 2024 02:19:17 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14835044 | | Email/Text: customerservice.us@klarna.com | | |

Case 23-13491-mdc   Doc 26   Filed 03/03/24   Entered 03/04/24 00:39:25   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: 155 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 02 2024 01:32:00 | Klarna Inc., 629 N High St Fl 300, Columbus, OH 43215-2929 |
| 14833381 | + | Email/Text: EBNBKNOT@ford.com | Mar 02 2024 01:33:00 | Kia Motors Finance, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14845265 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 02 2024 01:52:56 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14840390 | ^ | MEBN | Mar 02 2024 01:06:04 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14843940 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2024 01:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14833382 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2024 01:33:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 14835043 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 02 2024 01:29:51 | Midland Mortgage, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14833383 | + | Email/PDF: pa_dc_claims@navient.com | Mar 02 2024 01:28:06 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14835047 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 02 2024 01:32:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14833384 | | Email/Text: fesbank@attorneygeneral.gov | Mar 02 2024 01:32:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14847642 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2024 02:19:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14847464 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2024 01:28:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14833385 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 02 2024 01:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14835046 | ^ | MEBN | Mar 02 2024 01:05:58 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14833388 | + | Email/Text: bankruptcy@philapark.org | Mar 02 2024 01:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14833390 | ^ | MEBN | Mar 02 2024 01:06:18 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14833391 | | Email/Text: bankruptcy@uscbcorporation.com | Mar 02 2024 01:32:00 | USCB Corporation, 761 Scranton Carbondale Hwy # 6, Eynon, PA 18403-1021 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14847465 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 01, 2024 | Form ID: 155 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Chinelle Monique Ballard help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Chinelle Monique Ballard )   Case No. 23−13491−mdc

Debtor(s). )   Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 1, 2024

For The Court

Magdeline D. Coleman  
Chief Judge, United States Bankruptcy Court