# EXHIBIT C



52835861
Page: 1 of 3
10/03/2014 03:33PM

When Recorded Return To:
LEGAL ENTITY REVIEW DEPARTMENT
PHH Mortgage Corporation (PHHM)
1 MORTGAGE WAY
PO BOX 5449
Mt. Laurel, NJ 08054

This Document Recorded
10/03/2014
03:33PM
Doc Code: A    Commissioner of Records, City of Philadelphia

Doc Id: 52835861
Receipt #
Rec Fee: 220.00

## CORPORATE ASSIGNMENT OF MORTGAGE

**Philadelphia, Pennsylvania**
**SELLER'S SERVICING**
**SELLER'S LENDER ID#: LERMER**
**INVESTOR'S LOAN**
**POOL**

**MERS**

Date of Assignment: September 22nd, 2014

Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR FLEET NATIONAL BANK, ITS SUCCESSORS AND ASSIGNS
Assignee: PHH MORTGAGE CORPORATION

I hereby certify the precise address of the within named Assignor is PO BOX 2026, FLINT, MI 48501-2026.

I hereby certify the precise address of the within named Assignee is 1 MORTGAGE WAY, MT LAUREL, NJ 08054.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC is at 1901 E Voorhees Street, Suite C, Danville, IL 61834, P.O. BOX 2026, FLINT, MI 48501-2026

Executed By: SHIRLEY BALLARD  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FLEET NATIONAL BANK
Date of Mortgage: 12/13/2002 Recorded: 02/04/2003 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument/Document: 50608583 In the County of Philadelphia, State of Pennsylvania.
6414 CALLOWHILL STREET, PHILADELPHIA, PA 19151 in the City of Philadelphia
Legal: See Exhibit "A" Attached Hereto And By This Reference Made A Part Hereof

I do certify that the precise address of PHH MORTGAGE CORPORATION is 1 MORTGAGE WAY, MT LAUREL, NJ 08054
Attested By:

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $66,949.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR FLEET NATIONAL BANK, ITS SUCCESSORS AND ASSIGNS
On _9·23·14_

By:_____
CANDACE GALLARDO, Assistant
Secretary


STATE OF __NJ__
COUNTY OF __BURLINGTON__

On _9/23/14_, before me, __HANA LYN C CANLAS__, a Notary Public in
and for __BURLINGTON COUNTY__ in the State of __NJ__,
personally appeared CANDACE GALLARDO, Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS NOMINEE FOR FLEET NATIONAL BANK, ITS SUCCESSORS AND ASSIGNS, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_Hana Lyn C Canlas_
Notary Expires 3/13/2019

Hana Lyn C. Canlas
Notary Public of New Jersey
My Commission Expires March 13, 2019

(This area for notarial seal)

## EXHIBIT "A"

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, SITUATE on the South side of Callowhill Street at the distance of 105 feet Westward from the West side of 64th Street in the 34th Ward of the City of Philadelphia; CONTAINING in front or breadth on the said Callowhill Street 15 feet and extending of that width in length or depth Southward between parallel lines at right angles to the said Callowhill Street 75 feet to a certain 3 feet wide alley which leads Eastward and Westward from said 64th Street to Simpson Street.

BEING No. 6414 Callowill Street.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid driveway as and for a driveway, passageway and watercourse at all times hereafter, forever.

BEING the same premises which John Valle, Executor Under the Will of Sandarella Valle, deceased by Deed Dated 10/31/61 and Recorded 11/08/61 in the County of Philadelphia, in Deed Book CAB 1758, page 460, granted and conveyed unto Michael D. Coduto and Rose Coduto, h/w, in fee.

And the said Michael Coduto departed this life on the _____ Day of _____ A.D. _____ whereby title to said premises became vested in Rose Coduto, his wife, by Right of Survivorship.



eRecorded in Philadelphia PA  Doc Id: 52911092
05/05/2015 09:00AM          Receipt#:[redacted]
Page 1 of 3                    Rec Fee: $220.00
Commissioner of Records       Doc Code: A
State RTT:    Local RTT:

_____ [Space Above This Line for Recording Data] _____

This Document Prepared By:                    When Recorded Mail To:
**DOLORES LAURIA**                            **FIRST AMERICAN TITLE**
**PHH MORTGAGE SERVICES**                     **ATTN: JAVIER TONY VARGAS**
**ONE MORTGAGE WAY, MAILSTOP DC**             **3 FIRST AMERICAN WAY**
**MOUNT LAUREL, NJ 08054**                    **SANTA ANA, CA  92707**

**Tax/Parcel No.**[redacted]

# ASSIGNMENT OF MORTGAGE

For Value Received, **PHH MORTGAGE CORPORATION**, the undersigned holder of a Mortgage (herein
"Assignor") whose address is **1 MORTGAGE WAY, MOUNT LAUREL, NJ 08054**, does hereby grant, sell,
assign, transfer and convey, unto **NATIONSTAR MORTGAGE, LLC** (herein "Assignee"), whose address is
**8950 CYPRESS WATERS BLVD, COPPELL, TX 75019**.

A certain Mortgage dated **DECEMBER 13, 2002** having been given to secure payment of **$66,949.00**, which
Mortgage is recorded on **FEBRUARY 4, 2003** in **INSTRUMENT NO. 50608583 of the official Records of
PHILADELPHIA COUNTY** , State of **PENNSYLVANIA**, made and executed by **SHIRLEY BALLARD**,
upon the following property located at **6414 CALLOWHILL STREET, PHILADELPHIA,
PENNSYLVANIA 19151** and situated in **PHILADELPHIA COUNTY**, State of **PENNSYLVANIA**.

TO HAVE AND TO HOLD the same unto Assignee, its successor and assigns, forever, subject only to the
terms and conditions of the above-described Mortgage.

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:



Page 1

Page 2 of 3
05/05/2015 09:00AM

I hereby certify that the correct address of the
assignee is:
8950   CYPRESS   WATERS   BLVD,
COPPELL, TX 75019

4-3-15
_____
Date

_____
(signature)

Marilyn Ishihara
_____
Attest (Print Name)

PHH MORTGAGE CORPORATION

By: _____
Marilyn Ishihara   (Signature)
ASSISTANT VICE PRESIDENT

Seal:

_____ [Space Below This Line for Acknowledgments] _____

A notary public or other officer completing this certificate verifies only the identity of the individual who
signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that
document.

State of CALIFORNIA )
County of ORANGE

On __4-3-15__ before me, __Jane Kaye__ Notary Public,
     (Date)                        (here insert name and title of officer)

appeared __Marilyn Ishihara__, who proved to me on the basis of

satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and

acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by

his/her/their signature(s) on the instrument the person(s), or the company upon behalf of which the person(s)

acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph
is true and correct.

WITNESS my hand and official seal.

Signature _____
           Signature of Notary Public

JANE KAYE
Commission No. 1936160
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Comm. Expires MAY 13, 2015

Assignment Mortgage Note 3741 / 3742 02042015_152          Page 2
First American Mortgage Services

██████ Page 3 of 3
05/05/2015 09:00AM

Exhibit A

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, SITUATE on the South side of Callowhill Street at the distance of 105 feet Westward from the West side of 64th Street in the 34th Ward of the City of Philadelphia; CONTAINING in front or breadth on the said Callowhill Street 15 feet and extending of that width in length or depth Southward between parallel lines at right angles to the said Callowhill Street 75 feet to a certain 3 feet wide alley which leads Eastward and Westward from said 64th Street to Simpson Street.

BEING No. 6414 Callowill Street.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid driveway as and for a driveway, passageway and watercourse at all times hereafter, forever.

BEING the same premises which John Valle, Executor Under the Will of Sandarolla Valle, deceased by Deed Dated 10/31/61 and Recorded 11/08/61 in the County of Philadelphia, in Deed Book CAB 1758, page 460, granted and conveyed unto Michael D. Coduto and Rose Coduto, h/w, in fee.

And the said Michael Coduto departed this life on the _____ Day of _____ A.D. _____ whereby title to said premises became vested in Rose Coduto, his wife, by Right of Survivorship.

Page 3

Prepared By:
Dave LaRose/NTC, 2100 Alt. 19
North, Palm Harbor, FL 34683
(800)346-9152

When Recorded Return To:
Nationstar Mortgage LLC
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

eRecorded in Philadelphia PA    Doc Id: 53545895
08/01/2019 03:18 PM    Page 1 of 4    Rec Fee: $224.75
Receipt#:
Records Department    Doc Code: A

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION, WHOSE ADDRESS IS, 999 NW GRAND BOULEVARD, SUITE 100, OKLAHOMA CITY, OK 73118 (180)065-4456 x6, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage dated 12/13/2002, in the amount of $66,949.00 made by SHIRLEY BALLARD to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FLEET NATIONAL BANK, ITS SUCCESSORS AND ASSIGNS recorded on 02/04/2003, in the Office of the Recorder of Deeds of PHILADELPHIA County, in the State of Pennsylvania, in Doc ID 50608583.

SEE ATTACHED EXHIBIT A

Property is more commonly known as: 6414 CALLOWHILL STREET, PHILADELPHIA, PA 19151.

See Exhibit attached for Assignments, Modifications etc.

Dated this 30th day of July in the year 2019
NATIONSTAR MORTGAGE LLC

By:  _Cynthia Freeman_
CYNTHIA FREEMAN
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.



STATE OF FLORIDA    COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me on this 30th day of July in the year 2019, by Cynthia Freeman as VICE PRESIDENT of NATIONSTAR MORTGAGE LLC, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

**JULIÉ MARTENS**
**COMM EXPIRES: 5/22/2022**

JULIE MARTENS
Notary Public - State of Florida
Commission # GG 221059
My Comm. Expires May 22, 2022
Bonded through National Notary Assn.

Assignment of Mortgage from:
**NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, (ASSIGNOR),**
to:
**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION, WHOSE ADDRESS IS, 999 NW GRAND BOULEVARD, SUITE 100, OKLAHOMA CITY, OK 73118 (180)065-4456 x6, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

Mortgagor: **SHIRLEY BALLARD**

All that certain lot or piece of ground situated in
Mortgage Premise: 6414 CALLOWHILL STREET
                PHILADELPHIA, PA 19151
                PHILADELPHIA
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

### Certificate of Residence

I, **Cynthia Freeman**, do certify that the precise address of the within named Assignee is:
**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION, WHOSE ADDRESS IS, 999 NW GRAND BOULEVARD, SUITE 100, OKLAHOMA CITY, OK 73118 (180)065-4456 x6, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

**CYNTHIA FREEMAN**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.



Assignment: PHH MORTGAGE CORPORATION TO NATIONSTAR MORTGAGE LLC DATED 04-03-2015.
REC: 05-05-2015 INSTR# 52911092

## Exhibit A

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, SITUATE on the South side of Callowhill Street at the distance of 105 feet Westward from the West side of 64th Street in the 34th Ward of the City of Philadelphia; CONTAINING in front or breadth on the said Callowhill Street 15 feet and extending of that width in length or depth Southward between parallel lines at right angles to the said Callowhill Street 75 feet to a certain 3 feet wide alley which leads Eastward and Westward from said 64th Street to Simpson Street.

BEING No. 6414 Callowill Street.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid driveway as and for a driveway, passageway and watercourse at all times hereafter, forever.