### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chinelle Monique Ballard<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK<br>　　　　　　　　Movant<br>vs.<br>Chinelle Monique Ballard<br>　　　　　　　　Debtor(s) | NO. 23-13491 AMC |
| Kenneth E. West<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

### CERTIFICATE OF SERVICE

I, Denise Carlon, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of MIDFIRST BANK for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on September 03, 2024, by first class mail, and/or electronic means upon those listed below:

<u>Debtor(s)</u>
Chinelle Monique Ballard
6414 Callowhill St
Philadelphia, PA 19151

<u>Attorney for Debtor(s)</u>
Michael A. Cibik, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102
**VIA ECF**

<u>Trustee</u>
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**VIA ECF**

<u>Office of the US Trustee</u>
United States Trustee
Office of the U.S. Trustee Robert N.C. Nix
Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Date: September 03, 2024

/s/ Denise Carlon, Esq.
_____
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant