# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chinelle Monique Ballard<br><br>Debtor(s) | **BK NO. 23-13491 AMC**<br><br>**Chapter 13** |
| MIDFIRST BANK<br><br>Movant<br>v.<br>Chinelle Monique Ballard<br>and<br>Kenneth E. West<br><br>Respondents | **Related to Document No. 30**<br><br>**Hearing Date: October 03, 2024**<br><br>**Hearing Time: 11:00 AM MFR**<br><br>**Objection Deadline: September 17, 2024** |

## CERTIFICATE OF NO OBJECTION REGARDING
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

    I, Denise Carlon, Esquire, herby certify that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief and the Notice of Hearing filed and served on August 13, 2024 has been received. James C. Warmbrodt, Esquire, further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief were to be filed and served no later than September 17, 2024. It is hereby respectfully requested that the order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

                                                 **/s/ Denise Carlon**
                                                 Denise Carlon, Esquire
                                                 Attorney I.D. No. 317226
                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106
                                                 Phone: 215-825-6306, Fax: 215-825-6406
                                                 dcarlon@kmllawgroup.com
                                                 Attorney for Movant/Applicant

**Date: September 27, 2024**