# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chinelle Monique Ballard<br><div align="right">Debtor(s)</div><br>MIDFIRST BANK<br><div align="right">Movant</div><br>v.<br>Chinelle Monique Ballard<br><div align="center">and</div><br>Kenneth E. West<br><div align="right">Respondents</div> | CHAPTER 13<br>BK NO: 23-13491 AMC |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served or caused to be served, on September 30, 2024, a copy of the above Certificate of No Objection filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Michael A. Cibik Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

Chinelle Monique Ballard
6414 Callowhill St
Philadelphia, PA 19151

Method of Service:      Mail first class; Specify if other:

Date: September 30, 2024

<div align="right">

**/s/ Denise Carlon**
Denise Carlon, Esquire
Attorney I.D. No. 317226
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306, Fax: 215-825-6406
dcarlon@kmllawgroup.com
Attorney for Movant/Applicant

</div>