**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re:

    Chinelle Monique Ballard

    Debtor.

Case No. 23-13491-AMC

Chapter 13

Response to ECF No. 30

### Debtor's Objection to Motion for Relief from the Automatic Stay

Debtor Chinelle Monique Ballard, by and through her attorney, hereby objects to the Motion for Relief from the Automatic Stay filed by MidFirst Bank and asks to be heard by the Court before the entry of a final order.

Date: September 30, 2024

CIBIK LAW, P.C.
*Counsel for Debtor Chinelle Monique Ballard*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to the Motion for Relief from the Automatic Stay to be served on the U.S. Trustee, the Chapter 13 Trustee, and MidFirst Bank through the CM/ECF system along with all attachments.

Date: September 30, 2024

CIBIK LAW, P.C.
*Counsel for Debtor Chinelle Monique Ballard*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com